IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  July 20, 2012
Court Reporter:    Janet Coppock           Probation: Gary Burney
                                           Interpreter: Marcela Salazar

_____

Criminal Action No. 12-cr-00065-WJM        *Counsel:*

UNITED STATES OF AMERICA,                  Shana L. Martin

    Plaintiff,

v.

JULIO RABADAN SOLANO,                      John F. Sullivan

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:00 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Martin)

Ms. Martin's comments

1

Government's oral motion to withdraw the Motion to Grant the Defendant an Additional One-Level Decrease Pursuant To U.S.S.G § 3E1.1(b) (ECF No. 37) (by Ms. Martin)

**ORDERED:** **The Government's oral motion to withdraw the Motion to Grant the Defendant an Additional One-Level Decrease Pursuant To U.S.S.G § 3E1.1(b) is GRANTED, and the Motion (ECF No. 37) is WITHDRAWN.**

Sentencing Statement (by Mr. Sullivan)

The Court addresses the United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver (ECF No. 38).

**ORDERED:** **The United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver (ECF No. 38) is GRANTED**.

The Court addresses the Government's Motion to Dismiss Count 2 of the Indictment (ECF No. 35).

**ORDERED:** **The Government's Motion to Dismiss Count 2 of the Indictment (ECF No. 35) is GRANTED.  Count 2 of the Indictment is DISMISSED.**

The Court addresses the Defendant's Variance Motion Requesting a Statutory Sentence (ECF No. 34).

**ORDERED:** **Given that the defendant is not citing any additional reasons for granting the motion and his counsel has very candidly informed the Court that this motion is, in effect, a duplicate filing of the Government's motion, the Defendant's Motion for Downward Variant Sentence (ECF No. 34) is DENIED.**

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on May 15, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Julio Rabadan Solano, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

> **No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**
>
> **The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**
>
> **The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**
>
> **The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:24 a.m.    Court in Recess
              Hearing concluded
              Time: 24 minutes